UNITED STATES BANKRUPTCY COURT
Northern District of Illinois . Western Division

IN RE:   CHAPTER 13
ROLINSON A. SAVELLA
GARLYN M. PORQUEZ   CASE NO. 12-84031

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**   Carrington Mortgage Services, LLC   **Court claim #: 3**

**Last four digits** of any number used to identify the debtor's account: 0097

---

*Final Cure Amount*

Amount of Prepetition Arrears   $30475.72 (Per Confirmed Plan dated 12/24/2012)

Amount Paid by Trustee   $30475.72

---

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐   Thru the Chapter 13 Plan        ☒   Direct by Debtor(s)

---

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  12/1/2016          /s/Lydia S. Meyer
                           Lydia S. Meyer, Trustee
                           308 W. State St., Suite 212
                           Rockford, IL  61101

Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 1st Day of December, 2016.

Dated:  12/1/2016          /s/Cynthia K. Burnard

CARRINGTON MORTGAGE SERVICES, LLC
ATTN: BANKRUPTCY DEPARTMENT
PO BOX 3730
ANAHEIM, CA 92806

BANK OF AMERICA NA
C/O BAC HOME LOANS SERVICING
450 AMERICAN ST.
SIMI VALLEY, CA  93065

CARRINGTON MORTGAGE SERVICES, LLC
ATTN: BANKRUPTCY DEPARTMENT
1600 SOUTH DOUGLASS ROAD
ANAHEIM, CA 92806

ATTORNEY MICHAEL DIMAND
THE WIRBICKI LAW GROUP LLC
33 WEST MONROE, SUITE 1140
CHICAGO, IL  60603

ROLINSON A. SAVELLA
GARLYN M. PORQUEZ
3453 SONOMA CIRCLE
ALGONQUIN, IL  60156

GERACI LAW LLC
55 E. MONROE ST., #3400
CHICAGO, IL  60603